IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| COREY DEWAYNE PHILLIPS, | § § § § § § § § § § | |
| Petitioner, | | |
| VS. | | CIVIL ACTION NO. H-07-0391 |
| NATHANIEL QUARTERMAN, | | |
| Respondent. | | |

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum and Opinion entered this date, this civil action is dismissed with prejudice.

This is a final judgment.

SIGNED on June 26, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge